IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMOND H. STRICKLAND, ) | CASE NO. 8:12CV288 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| MICHAEL T. FRUDIKER, and ) | |
| ROBERT DELLUTRI, Correction ) | |
| Center Officers, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on its own motion. On June 21, 2013, the court entered a Memorandum and Order that directed Plaintiff to apprise the court of his current address. (Filing No. 33.) In the Memorandum and Order, the court warned Plaintiff that failing to apprise the court of his current address by July 19, 2013, would result in the dismissal of this case without further notice. (*Id*.) The court's June 21, 2013, Memorandum and Order was returned as undeliverable. (*See* Filing No. 35.) Plaintiff has not provided the court with his current address. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to prosecute this matter diligently and failure to comply with the court's orders;

2. All pending motions are denied as moot; and

3. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 12th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.